**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PHILLIP WILLYARD, ADC #152418                                                                    PLAINTIFF

v.                                              NO. 4:16CV00288 JLH

THOMAS LEE, Major, JAG Office, 39th IBCT ARNG;
ROBERT JONES, PFC; and CAREY JAMES,
Detective, Russellville Police Department                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of June, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE